## 16932. TURNER *v.* THE STATE.

BROYLES, C. J. The court did not err in dismissing the petition for certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JANUARY 12, 1926.

Certiorari; from Bacon superior court—Judge Reed. September 23, 1925.

*I. J. Bussell,* for plaintiff in error.

*A. B. Spence, solicitor-general, C. A. Williams,* contra.